**DENY; and Opinion Filed August 22, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00804-CV

### IN RE BLAKE BRANSON, Relator

**Original Proceeding from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-56453-2014**

## MEMORANDUM OPINION
Before Justices Bridges, Osborne, and Carlyle
Opinion by Justice Osborne

Before the Court is relator's petition for writ of mandamus in which he challenges the trial court's order awarding real party in interest interim attorney fees for a modification proceeding in a suit affecting the parent-child relationship. To be entitled to mandamus relief, relator must show that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co. of Am*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing the petition and mandamus record, we cannot conclude that the trial court abused its discretion because there was some evidence to support a finding that the interim fees were necessary for the safety and welfare of the child. *See* TEX. FAM. CODE ANN. § 105.001. Accordingly, relator has not shown he is entitled to the relief requested.

We deny relator's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (court must deny petition if it determines relator not entitled to relief sought).


/Leslie Osborne/
LESLIE OSBORNE
JUSTICE


190804F.P05